# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **WILLIAM R. GRAVES, SR. and** ) <br> **GLORIA L. GRAVES, individually and** ) <br> **as special administrator of the Estate** ) <br> **of William R. Graves, Sr.)** ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **ACandS INC, CSR LTD,** ) <br> **CROWN CORK & SEAL INC (as successor** ) <br> **to Mundet Cork Corporation), DRESSER** ) <br> **INDUSTRIES INC (as successor to Harbison** ) <br> **Walker Refractories, Worthington Corp and** ) <br> **Pacific Pumps), GARLOCK INC, GENERAL** ) <br> **ELECTRIC COMPANY, GENERAL** ) <br> **REFRACTORIES COMPANY,** ) <br> **GEORGIA-PACIFIC CORPORATION,** ) <br> **KAISER ALUMINUM & CHEMICAL** ) <br> **CORPORATION (as successor to Kaiser** ) <br> **Refractories and Mexico Refractories),** ) <br> **METROPOLITAN LIFE INSURANCE** ) <br> **COMPANY, MINNESOTA MINING AND** ) <br> **MANUFACTURING COMPANY,** ) <br> **NORTH AMERICAN REFRACTORIES CO,** ) <br> **OWENS CORNING CORP, PPG INDUSTRIES** ) <br> **INC, PITTSBURGH CORNING** ) <br> **CORPORATION, RAPID AMERICAN CORP** ) <br> **(as successor to Philip Carey Manufacturing Co),** ) <br> **RAYMARK INDUSTRIES INC, RUTLAND** ) <br> **FIRE CLAY COMPANY, UNITED STATES** ) <br> **MINERALS PRODUCTS CO (individually and** ) <br> **as successor to Cafco), WR GRACE CO** ) <br> **(as successor to Amicon, Dearborn Chemical,** ) <br> **Dewey & Almy Chemical Co, Emerson &** ) <br> **Cuming, AC Horn, Servicized Products Corp),** ) <br> **WESTINGHOUSE ELECTRIC** ) <br> **CORPORATION (as successor to Wesco),** ) <br> **AMCHEM PRODUCTS INC (n/k/a Rhone-** ) <br> **Poulenc Ag Company, AP GREEN** ) <br> **INDUSTRIES INC, ARMSTRONG WORLD** ) <br> **INDUSTRIES INC, FLEXITALLIC INC** ) <br> **(n/k/a Gasket Holdings Inc), GAF** ) | Case Number:  **97-cv-2151** |

| | |
|---|---|
| **CORPORATION, ASBESTOS CLAIMS** | ) |
| **MANAGEMENT CORPORATION (f/k/a** | ) |
| **National Gypsum Company), US GYPSUM CO,** | ) |
| **COMBUSTION ENGINEERING,** | ) |
| **CBS CORP (fka Viacom Inc and** | ) |
| **fka Westinghouse Electric Corp),** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to filing of first amended complaint on 7/17/1998, defendants US Gypsum Co, Flexitallic Inc, Amchem Products Inc, Kaiser Aluminum & Chemical Corporation, and Crown Cork & Seal Inc were dismissed, and plaintiff William R Graves Sr. was terminated.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to stipulation, defendant General Electric Company was dismissed on 4/26/1999; defendant Metropolitan Life Insurance Company was dismissed with prejudice on 8/24/1999.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following defendants declared bankruptcy and therefore were dismissed without prejudice pursuant to orders entered as follows:  7/19/99 Raymark Industries Inc; 11/8/00 Pittsburgh Corning Corporation; 1/17/01 GAF Corporation; 2/9/01 Owens Corning Corp; 4/6/01 Armstrong World Industries; 6/14/01 WR Grace Co; 9/28/01 United States Minerals Products Co; 2/7/02 North American Refractories Co; 5/10/02 AP Green Industries Inc; 4/1/03 AcandS Inc;

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to order entered 7/22/1999 defendant Rutland Fire Clay Company was dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Suggestion of Remand on 9/9/14, defendants Combustion Engineering, Dresser Industries Inc, Garlock Inc, General Refractories Company, Georgia-Pacific Corporation, Minnesota Mining and Manufacturing Company,  PPG Industries Inc, Rapid American Corp, Westinghouse Electric Corporation, Asbestos Claims Management Corporation and CSR Ltd. were dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to order granting motion to dismiss entered 3/19/15, defendant CBS Corp was dismissed with prejudice.

**Dated:**  March 24, 2015.

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court